# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19cr4051-CAB |
|---|---|
| Plaintiff, vs. | |
| GABRIEL GONZALEZ-ORTEGA, | JUDGMENT OF DISMISSAL |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- ☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or
- ☐ the Court has dismissed the case for unnecessary delay; or
- ☐ the Court has granted the motion of the Government for dismissal, without prejudice; or
- ☐ the Court has granted the motion of the defendant for a judgment of acquittal; or
- ☐ a jury has been waived, and the Court has found the defendant not guilty; or
- ☐ the jury has returned its verdict, finding the defendant not guilty;
- ☒ of the offense(s) as charged in the Indictment/Information:

    Ct 1 -8:1326(a),(b) - Attempted Reentry of Removed Alien (Felony)

- ☒ _____

Dated: 12/3/19

Hon. William V. Gallo
United States Magistrate Judge

FILED
DEC 3 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY